ACCEPTED
03-14-00302-CV
4677781
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 3:30:33 PM
JEFFREY D. KYLE
CLERK

 GreenbergTraurig

Dane McKaughan
Tel 512.320.7200
Fax 512.320.7210
mckaughand@gtlaw.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 3:30:33 PM
JEFFREY D. KYLE
Clerk

March 27, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals - Third District of Texas
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

     Re:    Court of Appeals Number: 03-14-00302-CV
            Trial Court Case Number: D-1-GN-12-001695

     Style: *The Railroad Commission of Texas; CenterPoint Energy Resources Corp., d/b/a CenterPoint Energy Entex; and CenterPoint Energy Texas Gas v. Gulf Coast Coalition of Cities*

Dear Mr. Kyle:

    I hereby notify the Court that I am in receipt of the Court's March 24, 2015 notification that the above cause has been set for submission and oral argument on May 20, 2015 at 1:30 p.m. I intend to argue this case before the Court on behalf of CenterPoint Energy Resources Corp., d/b/a CenterPoint Energy Entex; and CenterPoint Energy Texas Gas.

                    Sincerely,

                    Dane McKaughan

DM/cd

*AUS 536372378v1*

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
300 West 6th Street ■ Suite 2050 ■ Austin, TX 78701 ■ Tel 512.320.7200 ■ Fax 512.320.7210